

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. 73,443

### EX PARTE DONALD RAY FOREMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

## OPINION

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of the offense of burglary of a habitation in Cause Number F-9647105-MQ in the 204th District Court of Dallas. The conviction was affirmed by the Court of Appeals. *Foreman v. State*, No. 05-96-01600-CR (Tex.App. - Dallas, delivered June 17, 1998, pet. dism'd). In the instant application applicant contends, *inter alia*, that he was denied his right to timely petition this Court for discretionary review due to his attorney's ineffective representation by his failure to timely notify Applicant

of the action of the Court of Appeals. The trial court has recommended relief be granted on this basis. We agree with the recommendation.

Habeas corpus relief is granted and applicant is granted leave to file an out-of-time petition for discretionary review from his conviction in Cause Number F-9647105-MQ in the 204th District Court of Dallas County, Texas. The proper remedy in a case such as this is to allow the applicant to file his petition for discretionary review with the Court of Appeals within thirty (30) days of the issuance of the mandate of this Court in this cause. He may then follow the proper procedures in order that a meaningful appeal from his conviction may be taken. All other relief sought is denied.

EN BANC
DO NOT PUBLISH
DELIVERED: June 30, 1999

A True Copy
Attest:
Troy C. Bennett, Jr., Clerk
Court of Criminal Appeals of Texas

By: _____
Deputy



**Court of Criminal Appeals**

**Box 12308**

**Capitol Station**

**Austin, Texas 78711**





PRESORTED
FIRST CLASS

AUSTIN
TX
AUG-2'99
PB METER
6841822

U.S. POSTAGE
0.26¹

LISA ROMBOK, CLERK
5th Court of Appeals
Dallas County Courthouse
600 Commerce, 2nd Floor
Dallas, TX 75202

